**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9

10                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

ASHA SPORTS, INC., a California corporation,          No. C 03-3350 MEJ

12

               Plaintiff,

13                                                    **ORDER VACATING DECEMBER 8, 2005**
   vs.                                                **HEARING RE: DEFENDANT'S MOTION**
14                                                    **TO ENFORCE SETTLEMENT**
CLUB DEPORTIVO GUADALAJARA S.A. de                    **AGREEMENT**
15 C.V., doing business as "CHIVAS," the Premier
Mexican Professional Soccer Team,

16
               Defendant.
17 _____/

18

19          The Court is in receipt of Plaintiff's Notice of Bankruptcy, filed on November 22, 2005.

20 Accordingly, the Court hereby VACATES the December 8, 2005 hearing regarding Defendant's Motion to

21 Enforce Written Settlement Agreement.  Plaintiff shall provide written notification to the Court within seven

22 calendar days if its bankruptcy status changes.

23          **IT IS SO ORDERED.**

24

25 Dated:  November 28, 2005          _____

26                                    MARIA-ELENA JAMES
                                      United States Magistrate Judge
27

28