IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHA SPORTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CLUB DEPORTIVO GUADALAJARA S.A. de C.V., doing business as "CHIVAS," the Premier Mexican Professional Soccer Team,<br><br>    Defendant.<br>_____/ | No. C 03-3350 MEJ<br><br>**ORDER REQUESTING STATUS UPDATE** |

On November 22, 2005, Plaintiff filed a Notice of Bankruptcy. (Dkt. #38.) At that time, the Court vacated the hearing on Defendant's Motion to Enforce Written Settlement Agreement, and requested that Plaintiff provide written notification to the Court within seven calendar days if its bankruptcy status changes. (Dkt. #39.) Since that time, the Court has received no status updates from either party. Accordingly, the Court ORDERS parties to file either a joint or individual status statement(s) by August 27, 2008.

**IT IS SO ORDERED.**

Dated: August 14, 2008

MARIA ELENA JAMES
United States Magistrate Judge